Robin E. Perkins, Esq.
Nevada Bar No. 9891
Tanya N. Peters, Esq.
Nevada Bar No. 8855
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: rperkins@swlaw.com
Email: tpeters@swlaw.com

*Attorneys for Defendant*
*Wells Fargo Bank, N.A. (also incorrectly*
*named as Wells Fargo Home Mortgage)*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHEILA K. STUPPY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>WELLS FARGO HOME MORTGAGE;<br>WELLS FARGO BANK, N.A., CLEAR<br>RECON CORP.;<br><br>　　　　　Defendants. | CASE NO.:   2:16-cv-02954-JCM-PAL<br><br>**DEFENDANT WELLS FARGO BANK, N.A.'S EX PARTE MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(Second Request)** |

　　　　Pursuant to Federal Rule of Civil Procedure 7(b) and Local Rules 6-2 and 7-5(b) for the District of Nevada, Defendant Wells Fargo Bank, N.A., also incorrectly sued as Wells Fargo Home Mortgage ("Wells Fargo") respectfully submits this Ex Parte Motion to Extend Deadline to Respond to the Complaint filed by Plaintiff Sheila K. Stuppy ("Plaintiff"), which was removed to this Court on December 21, 2016 (the "Motion").[1]

　　　　Wells Fargo respectfully requests a second extension of time to respond to Plaintiff's Complaint, for fourteen (14) days, to February 2, 2017. In support of this Motion, Wells Fargo states as follows:

　　　　1.　　On or about December 2, 2016, Plaintiff commenced an action in the District

---

[1] The filing of this Motion does not waive any of Defendants' rights or remedies and the Defendants explicitly preserve all of their rights, claims and defenses.

Court of the State of Nevada, Clark County, styled *Stuppy v. Wells Fargo Home Mortgage, Wells Fargo Bank, N.A., Clear Recon Corp.* (Case No. A-16-747526-C).

2. On December 21, 2016, Wells Fargo removed the action to this Court.

3. In accordance with the prior order of this Court, Wells Fargo's Answer or other response is due on January 19, 2017 [Docket No. 5].

4. There are currently no scheduled hearings in this case. A short extension to file a response will not unduly delay the proceedings. There will be no adverse effect or prejudice to any of the parties if this Motion is granted.

5. Wells Fargo's counsel requires an additional brief extension to prepare its response due to the holidays and client coordination efforts.

6. Wells Fargo has made efforts to stipulate as to an extension of time. Plaintiff has filed this action pro se, and did not list a phone number or an email address on the case cover sheet of the original action. Counsel for Wells Fargo left a message for Plaintiff today, January 17, 2017, regarding this requested extension. Additionally, Plaintiff has not responded to multiple phone messages and emails to Plaintiff from Wells Fargo since December 2016.

7. Furthermore, a Joint Status Report is due to the Court on January 20, 2017. Counsel for Wells Fargo mailed a proposed Joint Status Report to Plaintiff on January 13, 2017, but has not yet received a response.

9. Pursuant to LR 7-5(b), good cause exists as to why this Motion has been submitted to the Court without prior notice to Plaintiff. Wells Fargo attempted to discuss an extension with Plaintiff, but Wells Fargo does not have an email address or other known phone number for Plaintiff.

10. Wells Fargo has previously requested one extension of time from this Court.

WHEREFORE, Wells Fargo respectfully requests that this Court enter an Order extending the time for its response to the Complaint for an additional fourteen (14) days, to February 2, 2017.

Dated: January 17, 2017           SNELL & WILMER L.L.P.

By: */s/ Tanya N. Peters*
   Robin E. Perkins, Esq.
   Tanya N. Peters, Esq.
   3883 Howard Hughes Parkway, Suite 1100
   Las Vegas, NV 89169
   *Attorneys for Defendant Wells Fargo Bank, N.A. (also incorrectly named as Wells Fargo Home Mortgage)*

**ORDER**

Based on the foregoing and for good cause, **IT IS ORDERED THAT** Wells Fargo's deadline to respond to Plaintiff's complaint is extended to February 2, 2017.

**IT IS SO ORDERED.**

_____
MAGISTRATE JUDGE

DATED January __18__, 2017.

-3-

# **CERTIFICATE OF SERVICE**

I hereby declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **DEFENDANT WELLS FARGO BANK, N.A.'s EX PARTE MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** by the method indicated below:

| | | | |
|---|---|---|---|
| __X__ | U.S. Mail | _____ | Federal Express |
| _____ | U.S. Certified Mail | _____ | Electronic Service |
| _____ | Facsimile Transmission | _____ | Hand Delivery |
| _____ | Overnight Mail | | |

and addressed to the following:

Sheila K. Stuppy
P.O. Box 750725
Las Vegas, Nevada 89136

Plaintiff

DATED this 17th day of January, 2017.

*/s/ Nissa Riley*
An Employee of Snell & Wilmer L.L.P.

25401172.1