UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SHEILA K. STUPPY,<br><br>                   Plaintiff,<br>v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>                   Defendants. | Case No. 2:16-cv-02954-JCM-PAL<br><br>ORDER<br><br>(Mot Stay Disc – ECF No. 14) |

Before the court is Defendants' Motion to Stay Discovery (ECF No. 14). No opposition has been filed and the time for filing an opposition has expired. The motion requests staying discovery until after ruling on the pending Motion to Dismiss (ECF No. 10), which is pending before the district judge.

A review of the docket shows that Plaintiff did not file an opposition to the motion to dismiss. The clerk of court entered and served plaintiff, who is appearing pro se, with the court's standard order regarding the requirements of *Klingele v. Eickeberry*, 849 F.2d 409 (9th Cir. 1988), and *Rand v. Rowland*, 154 F.3d 952 (9th Cir. 1998), on February 6, 2017. Plaintiff was notified she had 14 days to file and serve points and authorities in opposition to the motion to dismiss. *See* Min. Order (ECF No 12). On February 24, 2017, defendant filed a notice that plaintiff had not opposed the motion to dismiss (ECF No. 13), and this motion to stay. Plaintiff has still not filed an opposition to the motion to dismiss or requested an extension of time in which to file an opposition.

/ / /

/ / /

/ / /

/ / /

1

1     **IT IS ORDERED** that Defendant Wells Fargo Bank, N.A.'s Motion to Stay Discovery (ECF No. 14) is **GRANTED**.

Dated this 25th day of April, 2017.

                                                                   PEGGY A. LEEN
                                                                     UNITED STATES MAGISTRATE JUDGE